UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Anthony R. Mautone

v. : Violation Notice:
H5010253, H5010254, H5010255

KAIESH BROWN : <u>ORDER FOR DISMISSAL</u>

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. H5010253, H5010254, and H5010255 against defendant Kaiesh Brown, which were filed on October 14, 2014 charging him with possessing an official badge or insignia, use of likeness of the Great Seal of the United States, and entry by false pretense, for the reason that prosecution of defendant Kaiesh Brown, is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Kaiesh Brown of the Pretrial Diversion Program.  If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 4/30/15